FILED
CHARLOTTE, NC

JUL 16 2024

US DISTRICT COURT
WESTERN DISTRICT OF NC

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | DOCKET NO. 3:24-cr-149-MOC |
| **v.** | **BILL OF INDICTMENT** <br> **Violations:** <br> **18 U.S.C. § 1951** <br> **18 U.S.C. § 924(c)(1)** |
| **BELTON LAMONT DAVIS** | **18 U.S.C. § 922(g)(1)** |

## THE GRAND JURY CHARGES:

### COUNT ONE
*(Hobbs Act Robbery)*

On or about April 30, 2024, in Mecklenburg County, within the Western District of North Carolina, the defendant,

BELTON LAMONT DAVIS,

did knowingly and intentionally obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendant, BELTON LAMONT DAVIS, did unlawfully take and obtain United States currency belonging to Family Dollar, a general discount store, located at 3618 Beatties Ford Road, Charlotte, North Carolina, from the person and presence of an employee, against such employee's will, and by means of actual and threatened force, violence, and fear of immediate and future injury, in violation of Title 18, United States Code, Section 1951.

### COUNT TWO
*(Possession and Brandishing a Firearm in Furtherance of a Crime of Violence)*

On or about April 30, 2024, in Mecklenburg County, within the Western District of North Carolina, the defendant,

BELTON LAMONT DAVIS,

did knowingly possess a firearm in furtherance of a crime of violence for which the defendant may be prosecuted in a court of the United States, that is, Interference with Interstate Commerce by Robbery, in violation of Title 18, United States Code, Section 1951, as set forth in Count One of this Bill of Indictment, incorporated by reference herein.

It is further alleged that one or more of said firearms was brandished, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

All in violation of Title 18, United States Code, Section 924(c).

## COUNT THREE
*(Possession of a Firearm by a Felon)*

On or about April 30, 2024, in Mecklenburg County, within the Western District of North Carolina, the defendant,

BELTON LAMONT DAVIS,

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Smith and Wesson; model SD40VE .40 caliber semi-automatic pistol, in and affecting commerce; in violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of 18 U.S.C. § 924 and 28 U.S.C. § 2461(c). Under Section 2461(c), criminal forfeiture is applicable to any offenses for which forfeiture is authorized by any other statute, including but not limited to 18 U.S.C. § 981 and all specified unlawful activities listed or referenced in 18 U.S.C. § 1956(c)(7), which are incorporated as to proceeds by Section 981(a)(1)(C). The following property is subject to forfeiture in accordance with Section 924 and/or 2461(c):

    a.    All property which constitutes or is derived from proceeds of the violations set forth in this bill of indictment;

    b.    All firearms and ammunition involved or used in such violations; and

    c.    If, as set forth in 21 U.S.C. § 853(p), any property described in (a) or (b) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant/s to the extent of the value of the property described in (a) and (b).

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

    a.    Smith and Wesson; model SD40VE .40 caliber semi-automatic pistol seized during the investigation; and

    b.    Ammunition seized during the investigation.

A TRUE BILL



FOREPERSON


DENA J. KING
UNITED STATES ATTORNEY

_____
BRIAN KENNEY
ASSISTANT UNITED STATES ATTORNEY